HINKLE JACHIMOWICZ POINTER & EMANUEL
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOE WASHINGTON,<br><br>　　Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a California Corporation; and DOES 1-50, inclusive,<br><br>　　Defendants. | Case No. 09-cv-02254-JW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

### ORDER

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY. The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

DATED: January 20, 2010

_____
Hon. James Ware
United States District Judge

---

3

Stipulation For Dismissal with Prejudice and Order